IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ERFAN QANEEI FARD** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-CV-00047-O |
| | § | |
| **JOSH JOHNSON, ET AL,** | § | |
| | § | |
| Respondents. | § | |

## ORDER AND INSTRUCTIONS

Petitioner, Erfan Qaneei Fard, has filed a petition for a writ of habeas corpus under a 28 U.S.C. § 2241. ECF No. 1. After preliminary review of the petition, the Court **ORDERS** the parties to comply with the following instructions and the clerk of Court to take the following action:

**SERVICE OF PROCESS.** Copies of all pleadings, motions, and orders will be served electronically upon the United States Attorney for the Northern District of Texas, pursuant to FED. R. CIV. P. 5(b)(2)(E) and by prior agreement of the Office of the United States Attorney, Northern District of Texas.

**RESPONDENT'S ANSWER.** Respondent shall file an answer to this petition within 60 days of this order. If Respondent believes that the petition is wholly barred by a failure to exhaust state remedies, a procedural bar, non-retroactivity, or the statute of limitations, he may file a preliminary answer asserting any such bar prior to answering the petition on its merits.

**REPLY.** Petitioner may file a reply within 30 days from the date of service of Respondent's answer, motion, or other pleading.

**BRIEFS.** Briefs shall comply with the 25-page limitation under Local Rule 7.2(c) and be submitted on letter-size paper and double spaced. Each argument advanced in the brief must specify the ground and numbered paragraph of the pleading that it seeks to address. Briefs are required or permitted as follows:

1. **Respondent's Brief.** Respondent may file any brief that it deems appropriate.

2. **Reply Brief.** A reply brief is not required. However, in any case in which Respondent has filed a brief, Petitioner may file a reply brief that is no longer than 10 pages. Should Petitioner choose to file a reply brief, he must do so within 30 days following service of Respondent's brief. Such brief must only reply to Respondent's argument(s). Under no circumstances will any statement or argument contained in a reply brief be considered a new ground for habeas relief or a supplement to any grounds initially raised by Petitioner in the petition.

**SO ORDERED** on this **16th day** of **January, 2026.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**