**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **ERFAN QANEEI FARD** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **Civil Action No.  4:26-CV-00047-O** |
| | § | |
| **JOSH JOHNSON, ET AL,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Before the Court are Petitioner's Petitioner for Writ of Habeas Corpus (ECF No. 1); the Respondents' Response (ECF No. 6); and Petitioner's Reply (ECF No. 7). The Court held a hearing on March 23, 2026, that counsel for all parties' attended. In both their briefing and at the hearing, Respondents stated that they are currently unable to demonstrate a significant likelihood that Petitioner's removal can be effected in the reasonably foreseeable future and that release is the result. Accordingly, under the standard set forth in *Zadvydas v. Davis*, 533 U.S. 678 (2001), Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is **GRANTED**.

**IT IS THEREFORE ORDERED** that Petitioner be released from detention in accordance with the government's standard protocol and subject to appropriate conditions of supervision.

**SO ORDERED** on this **23rd day** of **March, 2026.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**